**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6399**

---

TAMMY M. STONE,

Plaintiff - Appellant,

versus

SOUTH CENTRAL REGIONAL JAIL; CORRECTIONAL
OFFICER BUCKNER, Booking/Holding,

Defendants - Appellees.

---

**No. 04-6400**

---

TAMMY M. STONE,

Plaintiff - Appellant,

versus

MS. PERRY, Counselor of South Central Regional
Jail,

Defendant - Appellee.

---

**No. 04-6401**

---

TAMMY M. STONE,

Plaintiff - Appellant,

versus

KANAWHA COUNTY SHERIFF'S DEPARTMENT; J. L.
WALKER,

                                    Defendants - Appellees.

_____

**No. 04-6402**

_____

TAMMY M. STONE,

                                    Plaintiff - Appellant,

        versus

DEPARTMENT OF CORRECTIONS,

                                    Defendant - Appellee.

_____

**No. 04-6403**

_____

TAMMY M. STONE,

                                    Plaintiff - Appellant,

        versus

RICK HALLORICK, Magistrate,

                                    Defendant - Appellee.

_____

**No. 04-6404**

_____

TAMMY M. STONE,

                                    Plaintiff - Appellant,

- 2 -

versus

JEFF STEWART, Public Defender,

Defendant - Appellee.

---

**No. 04-6405**

---

TAMMY M. STONE,

Plaintiff - Appellant,

versus

KRT SUPERVISOR WARNER,

Defendant - Appellee.

---

**No. 04-6406**

---

TAMMY M. STONE,

Plaintiff - Appellant,

versus

DEPUTY BRALEY, Kanawha County Sheriff's Department and Quincy Detachment,

Defendant - Appellee.

---

**No. 04-6407**

---

TAMMY M. STONE,

Plaintiff - Appellant,

versus

COMMANDER HILL, West Virginia State Police;
TROOPER ZERKLE; SERGEANT FRYE; SERGEANT
BOWMAN; MARK JOHNS,

Defendants - Appellees.

No. 04-6408

TAMMY M. STONE,

Plaintiff - Appellant,

versus

SOUTH CHARLESTON CITY POLICE DEPARTMENT,
Patrol Division; OFFICER EARY,

Defendants - Appellees.

No. 04-6409

TAMMY M. STONE,

Plaintiff - Appellant,

versus

SERGEANT JARRELL; CORRECTIONAL OFFICER, South
Central Regional Jail,

Defendants - Appellees.

- 4 -

TAMMY M. STONE,

Plaintiff - Appellant,

versus

DARRELL S. TOWNSEND; LAURIE A. TOWNSEND,

Defendants - Appellees.

No. 04-6411

TAMMY M. STONE,

Plaintiff - Appellant,

versus

DONNA KAY MURPHY; POCA POST OFFICE; LAURIE
TOWNSEND; DARRELL TOWNSEND,

Defendants - Appellees.

No. 04-6412

TAMMY M. STONE,

Plaintiff - Appellant,

versus

MICHAEL CLIFFORD, Prosecutor,

Defendant - Appellee.

─────────────

**No. 04-6413**

─────────────

TAMMY M. STONE,

Plaintiff - Appellant,

versus

LARRY GLASSBURG, SR.,

Defendant - Appellee.

─────────────

**No. 04-6414**

─────────────

TAMMY M. STONE,

Plaintiff - Appellant,

versus

DANNY JONES, Mayor or former Kanawha County
Sheriff,

Defendant - Appellee.

─────────────

**No. 04-6415**

─────────────

TAMMY M. STONE,

Plaintiff - Appellant,

versus

- 6 -

WILLIAM LESTER,

                                        Defendant - Appellee.

                         ─────────────────

                            **No. 04-6416**

                         ─────────────────

TAMMY M. STONE,

                                        Plaintiff - Appellant,

         versus

DOUGLAS WENDEL ARTRIP; LISA FARRELL; DENNIS
ARTRIP; MARY ANN ARTRIP,

                                        Defendants - Appellees.

                         ─────────────────

                            **No. 04-6417**

                         ─────────────────

TAMMY M. STONE,

                                        Plaintiff - Appellant,

         versus

ADMINISTRATOR MURRAY, Kanawha County and State
Court,

                                        Defendant - Appellee.

                         ─────────────────

                            **No. 04-6418**

                         ─────────────────

TAMMY M. STONE,

                                        Plaintiff - Appellant,

                              - 7 -

versus

MEREDITH PERRY, Counselor; UNITED STATES
SECRET SERVICE; SOUTH CENTRAL REGIONAL JAIL;
DAVID WALKER, Psychiatrist; CORRECTIONAL
OFFICER; JOHN MCKAY, Administrator; JEFF
STEWART, Lawyer; PUBLIC DEFENDER'S OFFICE,

                                    Defendants - Appellees.

_____

**No. 04-6419**

_____

TAMMY M. STONE,

                                    Plaintiff - Appellant,

          versus

UNITED STATES SECRET SERVICE,

                                    Defendant - Appellee.

_____

**No. 04-6420**

_____

TAMMY M. STONE,

                                    Plaintiff - Appellant,

          versus

DEPUTY LANE; KANAWHA COUNTY SHERIFF'S
DEPARTMENT,

                                    Defendants - Appellees.

- 8 -

TAMMY M. STONE,

Plaintiff - Appellant,

versus

LIEUTENANT ROGERS, Chief Correctional Officer,

Defendant - Appellee.

Appeals from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, District Judge. (CA-03-2408-2; CA-03-2431-2; CA-03-2437-2; CA-03-2438-2; CA-03-2439-2; CA-03-2440-2; CA-03-2454-2; CA-03-2455-2; CA-03-2456-2; CA-03-2457-2; CA-03-2458-2; CA-03-2474-2; CA-03-2475-2; CA-03-2477-2; CA-03-2478-2; CA-03-2479-2; CA-03-2480-2; CA-03-2481-2; CA-03-2483-2; CA-03-2484-2; CA-03-2491-2; CA-03-2492-2; CA-03-2497-2)

Submitted:  July 9, 2004               Decided:  August 9, 2004

Before WIDENER, WILLIAMS, and DUNCAN, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Tammy M. Stone, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tammy M. Stone appeals the district court's dismissal of her suits and entry of an order enjoining her from proceeding in forma pauperis in any future civil action.

After reviewing the record, we affirm the dismissal of Stone's suits on the reasoning of the district court. We affirm, as modified, the district court's entry of an injunction against Stone.

Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct that impairs their ability to carry out Article III functions. In re Martin-Trigona, 737 F.2d 1254, 1261 (2d Cir. 1984); see Procup v. Strickland, 792 F.2d 1069, 1074 (11th Cir. 1986); Graham v. Riddle, 554 F.2d 133, 134-35 (4th Cir. 1977). Given Stone's history of abuse of the legal system, we find that the district court did not abuse its discretion in enjoining Stone from future filings. Nonetheless, the district court must take into account that no person should ever be denied his right to the processes of the court. In re Green, 598 F.2d 1126, 1127 (8th Cir. 1979). Therefore, we modify the district court's order to read, "Tammy Stone is hereby enjoined from proceeding in forma pauperis in any civil action without first obtaining leave of court."

We grant Stone's motions to proceed in forma pauperis. We dispense with oral argument because the facts and legal

- 10 -

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED AS MODIFIED</u>